Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

FILED
CHARLOTTE, N.C.

**UNITED STATES DISTRICT COURT
for the
Western District of North Carolina**

OCT 19 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES OF AMERICA

vs.  Crim. No. 3:03CR138-01

Ahn Phan

On 10/29/2004 the above named was placed on Probation for a period of 3 years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Anh Phan be discharged from supervision.

Respectfully submitted,

Glynis L. Eaton
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Date this 16th day of October, 2006.

Graham C. Mullen
U.S. District Judge